*Economias y Prestamos de San Juan, P. R.,* v. *Wilcox,* 255 U. S. 72. *Mr. Archibald King* for appellees, in support of the motion. *Mr. Ray Rood Allen* for appellant, in opposition thereto.

No. 276. HATTIE ROWE v. ROBERT L. SARTAIN ET AL. Error to the Supreme Court of the State of Oklahoma. Motion to dismiss submitted November 16, 1925. Decided November 23, 1925. Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5, 6. *Messrs. C. B. Ames, John Sander, E. T. Noble, A. D. Cochran* and *B. W. Griffith, Jr.,* for defendants in error, in support of the motion. *Mr. John Tomerlin* for plaintiff in error, in opposition thereto.

No. —, original. THE COMMONWEALTH OF PENNSYLVANIA v. THE STATE OF NEW JERSEY. November 23, 1925. Motion for leave to file a bill of complaint herein granted; and process ordered to issue returnable on Monday, January 25 next. *Messrs. George W. Woodruff* and *William A. Schnader* for complainant. *Messrs. Edward L. Katzenbach* and *John R. Hardin* for defendant.

No. 242. THE PASCAGOULA NATIONAL BANK OF Moss POINT AND PASCAGOULA, MISSISSIPPI v. THE FEDERAL RESERVE BANK OF ATLANTA ET AL. Appeal from the District Court of the United States for Northern District of Georgia. Argued November 24, 25, 1925. Decided November 30, 1925. *Per Curiam.* Transferred to the Circuit Court of Appeals for the Fifth Circuit, upon the authority of the act of September 6, 1916, c. 448, sec. 3, 39 Stat. 727,